# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: UNITED STATES v.s. MOHAMMED KHAN

FOR: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

FILED FEB 27 2013 CLERK, U.S. DISTRICT COURT By _____ Deputy

PERSON REPRESENTED (Show your full name): MOHAMMED OBAIDUR RAHMAN KHAN

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

LOCATION NUMBER:

DOCKET NUMBERS
Magistrate:
District Court: 3:13CR065.M
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor
18 USC 371, 8 USC 1324

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: RESOLVE TECH SOLUTION INC
IF YES, how much do you earn per month? $ 3200
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 1200
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 20,000

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| | 2004 TOYOTA CAMRY |
| | 2007 TOYOTA CORROLLA |
| | 2005 SUZUKI FORENZA |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them:
MOHAMMED JAWAD KHAN — SON
MOHAMMED HANNAN KHAN — SON
ABDUL MOGHNEE — DAUGHTER
SOFIA KHAN — WIFE

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| HOME MORTGAGE | WELLS FARGO | $ | $ 1220 |
| INSURANCE | | $ | $ 250 |
| UTILITIES | | $ | $ 400 |
| GROCERY | | $ | $ 1200 |
| CREDIT CARD | | | 2500 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) FEB 27, 2013

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/