IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | §<br>§<br>§ | |
| v. | §<br>§ | CRIMINAL ACTION NO. 3: 13-CR-065-M |
| MOHAMMED KHAN ( 06 ) | §<br>§ | |

## ENTRY OF APPEARANCE OF COUNSEL

X     I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause for a special appearance today, February 27, 2013 to appear at the bond detention hearing and nothing further.

☐     I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated: 2/27/13



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB 27 2013

CLERK, U.S. DISTRICT COURT
By _____
Deputy

/S/ Michael J. Uhl, P.C

*Signature of Attorney*

Michael J. Uhl, P.C
*Attorney Name (Please Print)*
2515 McKinney Ave, Suite 1400
Dallas, Texas 75201
*Address*
 (214) 237-0900
*Telephone (including area code)*
(214) 237-0901
*Fax Number*