IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:13-CR-0065-M |
| | § | |
| ATUL NANDA (1) | § | |
| JITEN "JAY" NANDA (2) | § | |
| SIVA SUGAVANAM (3) | § | |
| VIVEK SHARMA (4) | § | |
| ROHIT MEHRA (5) | § | |
| MOHAMMAD KHAN (6) | § | |

ORDER ON MOTION TO UNSEAL INDICTMENT

Before the Court is the government's motion to unseal the Indictment. The Court is of the opinion that the motion is well taken and is hereby granted. It is therefore ordered that the Indictment shall be unsealed.

Signed March 1, 2013.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE