**ORIGINAL**

# United States District Court
# Northern District of Texas
*Dallas Division*

**SEALED**

UNITED STATES OF AMERICA

V.

MOHAMMAD KHAN

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:13-cr-065-M-(06)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest ___MOHAMMAD KHAN___
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Commit Visa Fraud

in violation of Title   18;8

United States Code, Section(s)

371; 1324(a)(1)(A)(iv), 1324(a)(1)(B)(i)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

U.S Magistrate Judge Paul D. Stickney

Feb 20, 2013    Dallas, TX
Date             Location

s/ Y. Pace
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dallas, TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/26/13 | Michael Scott Law | [signature] |
| DATE OF ARREST | Special Agent DHS HSI | FB: 9744878 |
| 2/27/13 | | |