# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2013 MAR 12 AM 8:48
DEPUTY CLERK

UNITED STATES OF AMERICA
Plaintiff

v.

Civil Action No. 3-13CR-065-M

MOHAMMED KHAN
Defendant

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.

2. Other material, if any.

> A Financial Affidavit is already in the Courts Records.

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

> REQUEST: I had contacted many Attorneys in the past 2 weeks to hire an attorney for my case. But they are asking quite high price than the money I have in my account. I would really appreciate if I could get a court appointed attorney. I cannot afford an attorney with the money I have in my account. PLEASE HELP ME. Thank you.

Date: 3/12/2013

Signature: (signed)

Print Name: MOHAMMED KHAN

Address: 2923 SUNSET POINT LN

City, State, Zip: CARROLLTON, TX - 75007

Telephone: 972-955-3739 (Cell)