# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 3:13-CR-00065-M-6 |
| | § | |
| MOHAMMED KHAN | § | |

## ENTRY OF APPEARANCE AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the undersigned counsel, Christopher W. Lewis, and gives notice to the Court of his representation of, and appearance for, Defendant MOHAMMED KHAN, in the above referenced case.

Respectfully submitted,

**CRAIN ♦ LEWIS, L.L.P.**

3400 Carlisle Street
Suite 200
Dallas, Texas 75204
Tel: 214.522.9404
Fax: 214.969.5522

By: _____/s/_Christopher W. Lewis
Christopher W. Lewis
State Bar No. 24004765
Attorney for Mohammed Khan

## CERTIFICATE OF SERVICE

I certify that on March 14, 2013, I electronically filed this document with the Clerk of Court for the Northern District of Texas, using the electronic case filing (ECF) system of the Court, and thereby served it on counsel of record in this case.

_____/s/_Christopher W. Lewis_____
Christopher W. Lewis