IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CR-65-M-6 |
| | § | |
| **MOHAMMED KHAN,** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER

Pursuant to the District Court's Orders of Reference, Defendant Mohammed Khan's Motion for the Appointment of Counsel (doc. 39, "Motion") has been referred to the United States Magistrate Judge. Defendant Khan filed his Motion on March 12, 2013. Subsequently, on March 14, 2013, Christopher W. Lewis filed his entry of appearance as counsel for Defendant Khan. Thus, it is, hereby, **ORDERED** that Defendant Khan's Motion (doc. 39) be **DENIED** without prejudice as **MOOT**.

**SO ORDERED**, March 18, 2013.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE